IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CODEFINE INTERNATIONAL SA,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**SIMPLY SOUTHERN HOLDINGS, LLC,**<br><br>    **Defendant.** | **4:25-CV-00128-P** |

**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Simply Southern Holdings, LLC

provides the following information:

  For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma.  Only text visible within box will print.***

None


  A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma.  Only text visible within box will print.*

Virginia (Ginger) Aydogdu;
Ginger Aydogdu 2019 GRAT u/a dated July 17, 2019, Virginia Aydogdu, Trustee; and Aydogdu Family 2019 Irrevocable Trust u/a dated May 21, 2019, Sitki (Georgio) Omur Aydogdu, Trustee

Respectfully submitted this 11 day of April, 2025.

        Respectfully submitted,

        /s/ *Gregory M. Sudbury*
        Gregory M. Sudbury
        Texas Bar No. 24033367
        **QUILLING, SELANDER, LOWNDS,**
        **WINSLETT & MOSER, P.C.**
        2001 Bryan St., Suite 1800
        Dallas, Texas 75201
        Telephone: (214) 871-2100
        Facsimile: (214) 871-2111
        gsudbury@qslwm.com

        -and-

        /s/ *David W. Sar*
        David W. Sar[*]
        N.C. State Bar No. 23533
        dsar@brookspierce.com
        **BROOKS, PIERCE, MCLENDON,**
         **HUMPHREY & LEONARD, L.L.P.**
        Post Office Box 26000
        Greensboro, NC 27420-6000
        Telephone:     (336) 271-3175
        Facsimile:     (336) 232-9075

        *Attorneys for Defendant Simply Southern Holdings, LLC*

        [*]*Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

                                          */s/ David W. Sar*
                                          David W. Sar